Charles Milburn CLAYTON, Appellant, v. UNITED STATES of America, Appellee.

Thomas Howard STULL, Appellant, v. SAME.

Nos. 5230, 5231.

Circuit Court of Appeals, Fourth Circuit.

March 17, 1944.

Hayden C. Covington, of Brooklyn, N. Y. (Horace S. Meldahl, of Charleston, W. Va., and Roy A. Swayze, of Arlington, Va., on the brief), for appellants.

Herman L. Bennett, Asst. U. S. Atty., of Charleston, W. Va. (Leslie E. Given, U. S. Atty., and A. Garnett Thompson, Asst. U. S. Atty., both of Charleston, W. Va., on the brief), for appellee.

Before PARKER, SOPER, and DOBIE, Circuit Judges.

PER CURIAM.

The judgments in both of these cases will be affirmed on the authority of Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346.

Affirmed.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of George C. SMITH, Jr., Deceased, et al., Respondents.

No. 303.

Circuit Court of Appeals, Second Circuit.

March 21, 1944.

Ray A. Brown, of Washington, D. C., for petitioner.

Raymond J. Walsh, of New York City, for respondents.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on authority of United States v. Merriam, 263 U.S. 179, 44 S.Ct. 69, 68 L.Ed. 240, 29 A.L.R. 1547; and Bank of New York v. Helvering, 2 Cir., 132 F.2d 773.

Nicholas J. CURTIS, Petitioner, v. UTAH FUEL CO. et al. and United States District Court, District of New Jersey, Respondents.

No. 8540.

Circuit Court of Appeals, Third Circuit.

Argued March 20, 1944.

Decided March 20, 1944.

See also, D.C., 2 F.R.D. 570; 132 F.2d 321.

Nicholas J. Curtis, for himself.

H. Collin Minton, Jr., of Trenton, N. J., for respondents.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The petition for writs of mandamus and prohibition is dismissed.